

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER BAKER

CASE NO.: 8:16-cr-360-T-23MAP
18 U.S.C. § 2252(a)(4)(B), (b)(2)
18 U.S.C. § 2252(a)(2), (b)(1)
18 U.S.C. § 2253 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about January 21, 2015, in the Middle District of Florida,

CHRISTOPHER BAKER,

the defendant herein, did knowingly receive and attempt to receive one or more visual depictions using any means and facility of interstate and foreign commerce, that is, the Dell Optiplex tower and the internet and that had been transported in and affecting interstate and foreign commerce, by any means including by computer; the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct; and the visual depictions at issue in this count were those found on a Dell Optiplex Tower.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT TWO

On or about January 23, 2015, in the Middle District of Florida,

CHRISTOPHER BAKER,

the defendant herein, did knowingly receive and attempt to receive one or more visual depictions using any means and facility of interstate and foreign commerce, that is, the Dell Optiplex tower and the internet, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer; the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT THREE

From an unknown date and continuing through on or about June 17, 2015, in the Middle District of Florida,

CHRISTOPHER BAKER,

the defendant herein, did knowingly possess a matter, that is, a Dell Inspiron Tower, an Acer Tablet, and a San Disk Thumb Drive, which contained a visual depiction that had been shipped and transported in and affecting interstate and foreign commerce, ~~that is, the Dell Optiplex tower and the internet~~ [GTN], by any means, including by a computer, and the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct; and the depiction involved a minor, who was prepubescent and who had not attained 12 years of age.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## **FORFEITURE**

1. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Sections 2253.

2. Upon conviction of any or all of the offenses alleged in Counts One through Three of the Indictment, the defendant,

CHRISTOPHER BAKER,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253:

    a.    any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110 of United States Code Title 18;

    b.  any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.  any property, real or personal, used or intended to be used to commit or to promote the commission of offense, and any property traceable to such property.

3. The property to be specifically forfeited includes, but is not limited to, the following:

    a. A Dell Inspiron Tower (SN DS0VMK1), an Acer tablet (serial number 21100945815), a Dell Optiplex Tower (service tag number 6HS2KC1), and a San Disk Thumb Drive (SNDK9AE8441FC5E0)

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL,

Foreperson   DEPUTY FOREPERSON

A. LEE BENTLEY, III
United States Attorney

By: _____
Gregory T. Nolan
Assistant United States Attorney

By: _____
Simon Gaugush
Assistant United States Attorney
Chief, Major Crimes Section

T:\_Cases\Criminal Cases\B\BAKER, Allen Jerome_2015R01163_GTN\p_indictment.docx

5

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER BAKER

## INDICTMENT

Violations:

18 U.S.C. § 2252(a)(4)
18 U.S.C. § 2252(a)(2)

A true bill,

_____
Foreperson  DEPUTY FOREPERSON

Filed in open court this _____ day

of August, 2016.

_____
Clerk

Bail  $_____

2016 AUG 10 PM 12: 07  FILED

GPO 863 525